IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JAMIE GREENWOOD, Individually and on Behalf of All Others Similarly Situated,** § § § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:21-CV-2459-L** |
| § | |
| **COTTONWOOD FINANCIAL, LTD.; COTTONWOOD FINANCIAL WISCONSIN, LLC; COTTONWOOD FINANCIAL ARIZONA, LLC; COTTONWOOD FINANCIAL COLORADO, LLC; COTTONWOOD FINANCIAL KANSAS, LLC; COTTONWOOD FINANCIAL IDAHO, LLC; COTTONWOOD FINANCIAL ILLINOIS, LLC; COTTONWOOD FINANCIAL MICHIGAN, LLC; COTTONWOOD FINANCIAL MISSOURI, LLC; COTTONWOOD FINANCIAL OHIO, LLC; COTTONWOOD FINANCIAL TEXAS, LLC; COTTONWOOD FINANCIAL UTAH, LLC; COTTONWOOD FINANCIAL VIRGINIA, LLC; COTTONWOOD FINANCIAL WASHINGTON, LLC; COTTONWOOD FINANCIAL AUSTIN, CSO; and CF NEW MEXICO, LLC,** § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. § | |

## **JUDGMENT**

This judgment is issued pursuant to the court's memorandum opinion and order, dated August 30, 2022. It is, therefore, **ordered, adjudged, and decreed** that this action is **dismissed**

**Judgment - Page 1**

**with prejudice**; that all claims asserted by Plaintiff Jamie Greenwood, individually and on behalf of all others similarly situated ("Plaintiff"), against Defendants shall be arbitrated in accordance with the parties' Loan Agreement and Arbitration Provision; and that all allowable and reasonable costs are taxed against Plaintiff.

 **Signed** this 30th day of August, 2022.

              Sam A. Lindsay
              United States District Judge